| | |
|---|---|
| 1 | |
| 2 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| PORTIA MASON, individually and on behalf of all others similarly situated, | No. 2:21-cv-08506-JAK-GJS |
|---|---|
| Plaintiff, | **ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A) (DKT. 18)** |
| v. | |
| BEAUTY SYSTEM GROUP LLC d/b/a COSMO PROF, a Virginia limited company; and DOES 1 to 10, inclusive, | **JS-6** |
| Defendants. | |

1  Based on a review of the parties' Joint Stipulation to Dismiss Case With
2  Prejudice Pursuant to F.R.C.P. Rule 41(a) (the "Stipulation" (Dkt. 18)), sufficient
3  good cause has been shown for the requested relief. Therefore, the Stipulation is
4  **APPROVED**. Plaintiff's individual claims are dismissed with prejudice, and the
5  claims of absent putative class members are dismissed without prejudice. Each
6  party shall bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated: May 11, 2022

_____
John A. Kronstadt
United States District Judge